# United States Bankruptcy Court
# District of Massachusetts

In re
JAMES J. LATINI AND
ELIZABETH N. LATINI,
    Debtors

Chapter 7
Case No. 04-12572-JNF

VICTOR VONER,
    Plaintiff
v.
WILLIAM G. BILLINGHAM, TRUSTEE
OF THE ESTATE OF JAMES J. LATINI,
    Defendant

Adv. P. No. 05-1014

## MEMORANDUM

### I. INTRODUCTION

Several matters are before the Court: 1) the Chapter 7 Trustee's Motion to Dismiss for Failure to State a Claim upon which Relief May Be Granted (the "Motion to Dismiss") and Objections to the Motion to Dismiss filed by Victor Voner and Rockland Trust Company; and 2) the Motion of Rockland Trust Company for Leave to Intervene as a Plaintiff in the Adversary Proceeding (the "Motion to Intervene") and Objections to the Motion to Intervene filed by Victor Voner and the Chapter 7 Trustee of the estate of James

1